**Order entered July 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01747-CV

**CHELSEA L. DAVIS, Appellant**

**V.**

**MCKOOL SMITH P.C., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

By order dated July 1, 2014, we stayed the briefing deadline in this appeal to allow appellant an opportunity to file an affidavit of indigence with the trial court. We cautioned appellant that, if she did not file by July 11, 2014 written verification that she had filed her affidavit, the briefing deadline could be reinstated. Rather than filing the requested verification on July 11, 2014, appellant tendered her brief. Accordingly, we **REINSTATE** the briefing deadlines and **ORDER** appellant's brief filed as of the date of this order. Appellee shall file its brief no later than August 5, 2014.

/s/      ELIZABETH LANG-MIERS
            JUSTICE